**ELIZABETH M. BARROS**
California State Bar No. 227629
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: elizabeth_barros@fd.org

Attorneys for Miguel Garcia-Banuelos

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE CATHY ANN BENCIVENGO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MIGUEL GARCIA-BANUELOS,<br>Defendant. | Case No. 08MJ1475-03<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT** |

Notice is hereby given by Elizabeth M. Barros and Federal Defenders of San Diego, Inc., that the following document is withdrawn from the record in the above-captioned case to correct a duplicate filing:

Document: *Notice of Appearance*

File Date: May 15, 2008

Document No.: 9

Respectfully submitted,

DATED: May 16, 2008

/s/ Elizabeth M. Barros
**ELIZABETH M. BARROS**
Federal Defenders of San Diego, Inc.
Attorneys for Miguel Garcia-Banuelos